**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Empire Fire and Marine Insurance Company,<br><br>          Plaintiff,<br><br>vs.<br><br>Judita Bittermann-Halbreich; and Klaus Bloch,<br><br>          Defendants. | No. CV 07-675-PCT-MHM<br><br>**ORDER** |

Pending before the Court is Plaintiff Empire Fire and Marine Insurance Company's ("Empire's") Motion for Award of Attorney's Fees. (Doc. # 31)  On March 29, 2007, Empire filed this declaratory judgment action seeking a judicial determination that there was no coverage under the Empire Policy for any claims asserted by Defendant Judita Bittermann-Halbreich in Coconino County Civil Cause No. CV-2006-0645.  Defendant moved to dismiss the complaint on the grounds that the Court should exercise its discretion to decline jurisdiction in favor of the parallel state court action. (Doc. # 12)  On September 8, 2008, the Court entered judgment in Defendant's favor dismissing the complaint. (Doc. # 29)  Thereafter, Defendant moved for an award of attorney's fees in the amount of $19,846.50.

Plaintiff filed a Response, arguing, among other things, that because Defendant has not yet made a recovery under her contingency fee agreement, she cannot recover attorney's

1  fees.  In her Reply, Defendant agrees with Plaintiff that fees should not be awarded until
2  there is a recovery, see Nationwide Mut. Ins. Co. v. Stevens, 166 Ariz. 372, 802 P.2d 1071
3  (Ariz. App. 1990), and requests that the Court defer ruling on the attorney fees application
4  until the underlying case is resolved.  Accordingly,

5  **IT IS ORDERED** denying without prejudice Plaintiff's Motion for Award of
6  Attorney's Fees. (Doc. # 31) Plaintiff may renew her request for attorney's fees in the event
7  she is the prevailing party on the underlying claim.

8  DATED this 24th day of February, 2009.

Mary H. Murguia
United States District Judge