**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Empire Fire and Marine Insurance Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Judita Bittermann-Halbreich; and Klaus Bloch,<br><br>　　　　Defendants. | No. CV 07-675-PHX-MHM<br><br>**AMENDED ORDER** |

Pending before the Court is Defendant Judita Bittermann-Halbreich's Motion for Award of Attorney's Fees. (Doc. # 31) On March 29, 2007, Plaintiff Empire Fire and Marine Insurance Company ("Empire") filed this declaratory judgment action seeking a judicial determination that there was no coverage under the Empire Policy for any claims asserted by Defendant in Coconino County Civil Cause No. CV-2006-0645. Defendant moved to dismiss the complaint on the grounds that the Court should exercise its discretion to decline jurisdiction in favor of the parallel state court action. (Doc. # 12) On September 8, 2008, the Court entered judgment in Defendant's favor dismissing the complaint. (Doc. # 29) Thereafter, Defendant moved for an award of attorney's fees in the amount of $19,846.50.

Plaintiff filed a Response, arguing, among other things, that because Defendant has not yet made a recovery under her contingency fee agreement, she cannot recover attorney's

1  fees. In her Reply, Defendant agrees with Plaintiff that fees should not be awarded until
2  there is a recovery, see Nationwide Mut. Ins. Co. v. Stevens, 166 Ariz. 372, 802 P.2d 1071
3  (Ariz. App. 1990), and requests that the Court defer ruling on the attorney fees application
4  until the underlying case is resolved. Accordingly,

**IT IS ORDERED** denying without prejudice Defendant's Motion for Award of Attorney's Fees. (Doc. # 31) Defendant may renew her request for attorney's fees in the event she is the prevailing party on the underlying claim.

DATED this 26th day of February, 2009.

_____
Mary H. Murguia
United States District Judge